```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
SMART RECOVERY TECHNOLOGIES LLC,                                  :
                                                                  :
                          Plaintiff,                              :
                                                                  :    24-cv-7406 (LJL)
            -v-                                                   :
                                                                  :         ORDER
SUPPLIES PLUS MI LLC, et al.,                                     :
                                                                  :
                          Defendants.                             :
                                                                  X
---------------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

The Court has before it motions for an extension of discovery and for a stay of discovery. Dkt. Nos. 50, 51. The parties should be prepared to discuss both motions at the conference on August 14, 2025.

SO ORDERED.

Dated: August 6, 2025
       New York, New York

_____
                     LEWIS J. LIMAN
                     United States District Judge