```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
SMART RECOVERY TECHNOLOGIES LLC,                               :
                                                               :
                        Plaintiff,                             :
                                                               :     24-cv-7406 (LJL)
        -v-                                                    :
                                                               :         ORDER
SUPPLIES PLUS MI LLC, et al.,                                  :
                                                               :
                        Defendants.                            :
                                                               X
---------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2025

LEWIS J. LIMAN, United States District Judge:

A status conference was held in this matter today. This Order memorializes the Court's orders issued on the record.

The Court denies Plaintiff's motion for an extension of discovery, *see* Dkt. No. 50, and grants Defendants' motion for a stay of discovery pending resolution of the motion to dismiss, *see* Dkt. No. 51, with the following limited exceptions. With respect to third-party discovery, Plaintiff may only continue attempting to serve the subpoena on the Geer Law Firm in Florida, but the Court stays any obligation on the part of the Geer Law Firm to respond to the subpoena until such time as the Court further orders. All discovery between the parties is stayed, except that Plaintiff shall receive from Defendants the requested documents pertaining to billing and collections under the parties' Memorandum of Understanding ("MOU"). In other words, Plaintiff shall receive documents demonstrating what Defendants billed to, and collected from, the Personal Injury Insurance Companies stemming from distribution of the PainAway Home Care Laser 2.0 and sam® Pro 2.0 as outlined in the MOU, but no documents beyond that. Defendants shall have three weeks from the date of this Order to provide that discovery. The

stay is warranted for the reasons stated on the record, including the apparent strength of Defendants' motion to dismiss, the breadth of discovery Plaintiff seeks and the burdens associated with that discovery, and the lack of prejudice to the parties in staying discovery while the Court considers the motion to dismiss. Should at least part of the Complaint survive the motion to dismiss, Plaintiff will be free to renew its application for an extension of discovery.

With Plaintiff's consent, the Court further grants Defendants' request for an extension of time to file their reply memorandum of law in support of their motion to dismiss to tomorrow, August 15, 2025.

SO ORDERED.

Dated: August 14, 2025
         New York, New York

_____
LEWIS J. LIMAN
United States District Judge

2