UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

SMART RECOVERY TECHNOLOGIES LLC,

                         Plaintiff,

        -v-

SUPPLIES PLUS MI LLC, et al.,

                      Defendants.

------------------------------------------------------------------------X

24-cv-7406 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/20/2026

LEWIS J. LIMAN, United States District Judge:

As indicated on the record at the status conference held today, April 20, 2026, the parties are directed to contact the chambers of Magistrate Judge Aaron for purposes of renewed settlement discussions following the Court's Opinion and Order of March 20, 2026.  Dkt. No. 62.

SO ORDERED.

Dated: April 20, 2026
      New York, New York

                                      LEWIS J. LIMAN
                             United States District Judge